FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 AUG 30 A 8:42

CLERK _____
S.D. DIST. OF GA

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV No. 106-186 |
| ) | |
| MARTINAROSE L. BIRKS POLNITZ, ) | |
| ) | |
| Defendant. ) | |

## DEFAULT JUDGMENT

Before the Court is the government's Application for Default Judgment in accordance with Rule 55 of the Federal Rules of Civil Procedure. A default having been entered against the defendant, judgment is hereby entered in favor of the plaintiff, the United States of America, and against the defendant, in the principal sum of $13,121.17, plus accrued interest of $226.93 @ 3.35% through March 21, 2005, along with an administrative penalty of $751.01) **for a combined sum of $14,099.11**, plus interest from March 21, 2005, until date of judgment, and any interest thereafter at the legal rate as prescribed by law from date of this judgment, and all future costs. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full.

The Clerk is directed to enter judgment upon the terms set forth on this order and pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This 30th day of August, 2007.

_____
Honorable Dudley H. Bowen
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA